UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

                Plaintiff,

-against-

Jeannine M. LaDue,

                Defendant.

7:19-MJ-09719(MRG)

**JUDGMENT**

The issues in the above entitled action were brought before the Honorable Martin R. Goldberg, United States Magistrate Judge, on December 30, 2019. The Court thereafter accepted the Defendant's plea of guilty to Driving Without a Valid New York State License, in violation of § 509 of the New York Vehicle and Traffic Law, in full satisfaction of the Misdemeanor Complaint filed October 18, 2019, and it is,

ORDERED, ADJUDGED AND DECREED that the Defendant pay a fine of $50.00 by January 30, 2020 or appear before this Court on January 31, 2020 at 9:00 a.m. to explain why the fine has not been paid.

Dated: Sept 7, 2022
Poughkeepsie, N.Y.

SO ORDERED:

Hon. Martin R. Goldberg
United States Magistrate Judge